## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COUNTRY CREATIONS OF THE | ) | Case No. 12-20690 |
| ROCKIES, LLC, | ) | Chapter11 |
| d/b/a POUDRE RIVER FOODS, LLC, | ) | |
| d/b/a ZIMMBACKER, LLC | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

### 9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER

The undersigned certifies that on May 23, 2012, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**, **Notice and Proposed Order** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Country Creations of the Rockies, LLC
611 8th Street, #1
Greeley, CO 80631

U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Anderson Land Co., LLC
P.O. Box 392
Greeley, CO 80632

Signature Bank
k/n/a Points West Community Bank
6801 W. 20th Street
Greeley, CO 80634

Greeley Community Dev. Fund
c/o Greeley/Weld EDAP, Inc.
822 Seventh Street, Ste. 550
Greeley, CO 80631

Swift Capital
Swift Financial Corp.
501 Carr Rd., Ste. 301
Wilmington, DE 19809

Sales Resource, Inc.
1024 Executive Parkway
Creve Coeur, MO 63141

Leaf Funding, Inc.
300 Outlet Point Blvd., Ste. 300-B
Columbia, SC 29210

US Bancorp
Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258

First Pacific Funding
10700 Woodinville Dr.
Bothell, WA 98011

Welch Equipment Company, Inc.
5024 Nome Street
Denver, CO 80239

Bank of the West
475 Sansome Street, 19th Fl.
San Francisco, CA 94111

Loma Systems
39425 Treasury Center
Chicago, IL 60673

Dawn Food Products, Inc.
5301 Peoria St., Unit B
Denver, CO 80239

Tim Tomasovich
7208 Valle Vue Drive
Greeley, CO 80634

HTIM
5822 Matalin Avenue
Knoxville, TN 37918

Wells Fargo
PO Box 54349
Los Angeles, CA 90054-0349

Ed Whatley
107 Aetna Drive
Woodbine, NJ 08270

American Express
PO Box 650448
Dallas, TX 75265

Katzke Paper Co.
2495 S. Delaware Street
Denver, CO 80223

Miles Kiefer
3614 Stampede Dr.
Evans, CO 80620

DTS Logistics
1640 Monad Road
Billings, MT 59101

Warneke Paper Box Company
4500 Joliet Street
Denver, CO 80631

Points West Credit Card
PO Box 790408
St. Louis, MO 63179

Weld County Treasurer
PO Box 458
Greeley, CO 80632

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

Internal Revenue Service
Department of Treasury
P.O. Box 7346
Philadelphia, PA 19101

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on May 23, 2012, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on May 23, 2012, and, if applicable, other interested parties the movant mailed notice at the following addresses:

*/s/ Sharon E. Fox*

Dated: May 23, 2012.                    By: _____

For Buechler Law Office, L.L.C.

Label Matrix for local noticing
1082-1
Case 12-20690
District of Colorado
Denver
Wed May 23 09:46:33 MDT 2012

Country Creations Of The Rockies, LLC
611 8th Street, Ste. 1
Greeley, CO 80631-4351

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

All Copy Products
4141 Colorado Blvd
Denver, CO 80216-4307

American Express
P O Box 650448
Dallas, TX 75265-0448

American Express II
P O Box 650449
Dallas, TX 75265-0449

Anderson Land Co., LLC
P O Box 1075
Greeley, CO 80632-1075

Anderson Land Co., LLC
P.O. Box 392
Greeley, CO 80632-0392

Axis Capital, Inc
Department 1685
Denver, CO  80291-1685

Bakery Equipment.Com, Inc.
5500 Olympic Drive, #105
Gig Harvor, WA 98335-1487

Bank of the West
475 Sansome Street 19th Floor
San Francisco, CA 94111-3112

Brian G. McConaty
McConaty & Kresl, P.C.
400 S. Coilorado Blvd., Ste. 900
Denver, CO 80246-1241

CFM Logistics
8531 Page Ave., Suite 150
St. Louis, MO 63114-6007

Caleb Clark
202 N. 48th Avenue
Greeley, CO 80634-4360

Cintas
523 10th St.
Greeley, CO 80631-4113

Colorado Dept. Of Revenue
1375 Sherman Street
Denver, CO 80261-0001

DTS Logistics
1640 Monad Road
Billings, MT  59101-3200

David Kiefer
807 Pierono Ave.
Sunny Dale, CA 94086-8522

Dawn Food Products, Inc
5301 Peoria St, Unit B
Denver, CO 80239-2325

Ed Whatley
107 Aetna Drive
Woodbine, NJ 08270-2568

First Pacific Funding
10700 Woodinville Dr.
Bothell, WA 98011-3266

GDEF
822 Seventh Street, Ste. 550
Greeley, CO 80631-3939

Greeley Community Development Fund
C/O Greeley/Weld EDAP, Inc.
822 Seventh Street, Ste. 550
Greeley, CO 80631-3939

HTIM
5822 Matalin Avenue
Knoxville, TN 37918-7057

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Katzke Paper Co.
2495 S. Delaware St.
Denver, CO 80223-4322

Law Office Of Faith Betz
750 W. Eisenhower Blvd.
Loveland, CO 80537-4352

Leaf Funding, Inc.
300 Outlet Pointe Blvd., Ste 300-B
Columbia, SC 29210-5658

Lindar Corporation
7789 Hastings Rd
Baxter, MN 56425-8467

Loma Systems
39425 Treasury Center
Chicago, IL  60673-1215

Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258-4005

Mark R. Kiefer
4606 West 21st Street Circle
Greeley, CO 80634-3277

Michael D. Plachy
Rothgerber Johnson & Lyons
1200 Seventeenth St., Ste. 3000
Denver, CO 80202-5839

Michael T. McDonnell
5613 DTC Pkwy., Ste. 1200
Greenwood Village, CO 80111-3135

Miles Kiefer
3614 Stampede Dr.
Evans, CO 80620-9119

Mindy Kiefer
4606 West 21st Street Circle
Greeley, CO 80634-3277

Points West Credit Card
PO Box 790408
St. Louis, MO 63179-0408

Sales Resource, Inc.
1024 Executive Parkway
Creve Coeur, MO 63141-6304

Signature Bank
Greeley Branch
6801 W. 20th Street
Greeley, CO 80634-9640

Sinton Dairy Foods Co., LLC
2662 55th Ave.
Greeley, CO 80634-4522

Sterling Support Group,LLC
225 Dundee Ave, Unit 20
Greeley, CO 80634-8801

Stu Nickel
4131 S. Race Street
Greenwood Village, CO  80121

Superior Merchandising Concepts, Inc.
8201 E. Pacific Place, #605-606
Denver, CO 80231-3216

Swift Capital
Swift Financial Corp.
501 Carr Rd., Ste. 301
Wilmington, DE 19809-2800

Tim Tomasovich
7208 Valle Vue Drive
Greeley, CO 80634-9343

Toyota Financial Services
Dept. 2431
Carol Stream, IL  60132-2431

Toyota Financial Services
P.O. Box 3457
Torrance, CA 90510-3457

U.S. Bankcorp Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258-4005

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Warneke Paper Box Company
4500 Joliet Street
Denver, CO 80239-2919

Warren Analytical Laboratories, Inc.
Street
Greeley, CO  80631

Welch Equipment Company, Inc.
5024 Nome Street
Denver, CO  80239

Weld Co Treasurer
P O  Box 458
Greeley, CO 80632-0458

Wells Fargo
P O Box 54349
Los Angeles, CA  90054-0349

Winters, Hellerich & Hughes, LLC
5401 W. 10th Street
Greeley, CO 80634-4460

Kenneth J. Buechler
1828 Clarkson St.
Ste. 200
Denver, CO 80218-1030

End of Label Matrix
Mailable recipients     55
Bypassed recipients      0
Total                   55